# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00339-CV

**In re Eric Gamble**

### ORIGINAL PROCEEDING FROM BELL COUNTY

### M E M O R A N D U M   O P I N I O N

Eric Gamble, proceeding *pro se*, filed an *Emergency Motion to Quash or Nullify Sentence(s) and Judgment or Writ of Error Coram Nobis* in this Court.[1] Looking to the substance of Gamble's pleading, rather than its title or form, we construe his pleading as a petition for writ of error coram nobis. *See Surgitek, Bristol-Myers Corp. v. Abel*, 997 S.W.2d 598, 601 (Tex. 1999) (courts look to substance of pleading rather than its caption or form to determine its nature).

The purpose of a writ of error coram nobis is to bring before the court rendering the judgment matters of fact which, if known at the time the judgment was rendered, would have prevented its rendition. *Ex parte McKenzie*, 29 S.W.2d 771, 772 (Tex. Crim. App. 1930). The Court of Criminal Appeals has long held this common-law writ has no application in this state. *See Ex parte Massey*, 249 S.W.2d 599, 601 (Tex. Crim. App. 1952).

---

[1] Gamble appears to be challenging two judgments of conviction for aggravated robbery rendered in cause numbers 65,435 and 65,435 in the 264th Judicial District Court of Bell County in February 2010.

The habeas corpus procedure set out in article 11.07 of the Code of Criminal Procedure provides the exclusive remedy for felony post-conviction relief in state court. See Tex. Code Crim. Proc. Ann. art. 11.07, § 5 (West Supp. 2011). Article 11.07 vests complete jurisdiction over post-conviction relief from final felony convictions in the Texas Court of Criminal Appeals. *See id.*; *Hoang v. State*, 872 S.W.2d 694, 697 (Tex. Crim. App. 1993) (only court of criminal appeals has authority to grant post-conviction relief from final felony convictions).

Accordingly, we dismiss Gamble's petition for want of jurisdiction.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed: May 22, 2012